United States Bankruptcy Court

Middle District of North Carolina

In re:

Daveda Joy Cook
　　Debtor

Case No. 25-10414-bak

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0418-2            User: admin            Page 1 of 4

Date Rcvd: Jan 22, 2026            Form ID: 241            Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Daveda Joy Cook, 6 Raelans Drive, Greensboro, NC 27407-6463 |
| 786457084 | + | CarMax Business Services, LLC, ATTN: Officer or Managing Agent, PO Box 29965, Richmond, VA 23242-2965 |
| 786457087 | + | Chime Stride Bank, 324 W. Broadway Ave, Enid, OK 73701-3838 |
| 786457093 | + | Evolve Bank & Trust, 301 Shoppingway Blvd, West Memphis, AR 72301-1719 |
| 786457100 | + | James Moore, 4269 Melody Lane, Vallejo, CA 94591-6353 |
| 786457114 | + | W.S. Badcock Corporation, ATTN: Officer, 200 N. Phosphate Blvd, Mulberry, FL 33860-2328 |
| 786457115 | + | W.S. Badcock Corporation, Post Office Box 724, Mulberry, FL 33860-0724 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 22 2026 23:06:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jan 22 2026 23:06:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 786457080 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 22 2026 21:02:37 | Affirm, Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 786458382 | + | EDI: TCISOLUTIONS.COM | Jan 22 2026 23:06:00 | Bank of Missouri, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 786457082 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jan 22 2026 18:09:00 | CarMax Business Services, LLC, ATTN: Officer or Managing Agent, 12800 Tuckahoe Creek Parkway, Richmond, VA 23238 |
| 786457083 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jan 22 2026 18:09:00 | CarMax Business Services, LLC, CarMax Auto Finance, Attn: Bankruptcy Dept., 225 Chastain Measows Court, Suite 210, Kennesaw, GA 30144 |
| 786458594 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jan 22 2026 18:09:00 | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT, STE 210, 225 CHASTAIN MEADOWS COURT, KENNESAW, GA 30144 |
| 786457085 | + | EDI: PHINGENESIS | Jan 22 2026 23:06:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 786457081 | + | EDI: AIS.COM | Jan 22 2026 23:06:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 786460385 | + | EDI: AIS.COM | Jan 22 2026 23:06:00 | Capital One, N.A. by AIS InfoSource LP as agent, Capital One N.A. by AIS InfoSource LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 786460381 | + | EDI: AIS.COM | Jan 22 2026 23:06:00 | Capital One, N.A. by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | | |
|---|---|---|---|
| 786457088 | + EDI: WFNNB.COM | Jan 22 2026 23:06:00 | Comenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 786457089 | + EDI: WFNNB.COM | Jan 22 2026 23:06:00 | Comenity Capital Bank/Big Lots, PO Box 183043, Columbus, OH 43218-3043 |
| 786457091 | + Email/Text: bankruptcynotices@conns.com | Jan 22 2026 18:09:00 | Conn Credit Corporation, Inc., 2445 Technology Forest Blvd, Ste 800, Spring, TX 77381-5258 |
| 786457094 | + EDI: AISACG.COM | Jan 22 2026 23:06:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 786460493 | + EDI: AISACG.COM | Jan 22 2026 23:06:00 | Exeter Finance LLC, Exeter Finance LLC c/o AIS Portfolio Ser, 4515 N Santa Fe Ave Dept APS, Oklahoma, OK 73118-7901 |
| 786457095 | + EDI: PHINGENESIS | Jan 22 2026 23:06:00 | FEB Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 786457086 | Email/Text: BNSFS@capitalsvcs.com | Jan 22 2026 18:09:00 | CCS/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 786457096 | + EDI: AMINFOFP.COM | Jan 22 2026 23:06:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 786457097 | Email/Text: Tax_bankruptcy@guilfordcountync.gov | Jan 22 2026 18:09:00 | Guilford County Tax Dept., P.O. Box 3138, Greensboro, NC 27402 |
| 786457098 | EDI: IRS.COM | Jan 22 2026 23:06:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 786457099 | + Email/Text: fay.m@complete1.com | Jan 22 2026 18:09:00 | Interstate Credit Collections, 711 Coliseum PLaza Ct, Winston Salem, NC 27106-5350 |
| 786457101 | + Email/PDF: bncnotices@becket-lee.com | Jan 23 2026 10:05:26 | Jefferson Capital Systems LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 786457107 | Email/Text: connectcommunications@mrvbanks.com | Jan 22 2026 18:09:00 | Revvi, PO Box 85800, Sioux Falls, SD 57118 |
| 786458381 | + EDI: TCISOLUTIONS.COM | Jan 22 2026 23:06:00 | MRV Banks, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 786466525 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 22 2026 18:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 786458520 | EDI: NCDEPREV.COM | Jan 22 2026 23:06:00 | North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 786457102 | + EDI: NCDEPREV.COM | Jan 22 2026 23:06:00 | North Carolina Department of Revenue, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 786457103 | + Email/Text: bankruptcy@onlineis.com | Jan 22 2026 18:09:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 786459972 | EDI: PRA.COM | Jan 22 2026 23:06:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, NORFOLK, VA 23541 |
| 786457104 | EDI: PRA.COM | Jan 22 2026 23:06:00 | Portfolio Recovery Assoc, PO Box 41067, Norfolk, VA 23541 |
| 786457105 | + EDI: Q3G.COM | Jan 22 2026 23:06:00 | Quantum 3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 786459493 | EDI: Q3G.COM | Jan 22 2026 23:06:00 | Quantum3 Group LLC as agent for Concora Credit Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 786459492 | EDI: Q3G.COM | Jan 22 2026 23:06:00 | Quantum3 Group LLC as agent for MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 786457106 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 22:47:00 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 786459011 | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | Jan 22 2026 21:02:37 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 786457108 | Email/Text: bankruptcy@self.inc | Jan 22 2026 18:09:00 | Self Financial, 1801 Main St, Kansas City, MO 64108 |
| 786457109 | Email/Text: hello@sparrowcard.com | Jan 22 2026 18:09:00 | Sparrow Financial Inc., 9450 SW Gemini Dr. #87446, Beaverton, OR 97008 |
| 786457110 | + EDI: SYNC | Jan 22 2026 23:06:00 | Syncb, PO Box 71783, Philadelphia, PA 19176-1783 |
| 786461963 | + EDI: AIS.COM | Jan 22 2026 23:06:00 | T Mobile/T-Mobile USA Inc by AIS Infosource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 786457111 | + EDI: PHINGENESIS | Jan 22 2026 23:06:00 | TBOM, PO Box 4499, Beaverton, OR 97076-4499 |
| 786457090 | Email/Text: customerservice@conehealth.com | Jan 22 2026 18:09:00 | Cone Health, 1200 North Elm St, Greensboro, NC 27401 |
| 786457112 | + EDI: PHINGENESIS | Jan 22 2026 23:06:00 | The Bank of Missouri, PO Box 4499, Beaverton, OR 97076-4499 |
| 786457092 | EDI: USBANKARS.COM | Jan 22 2026 23:06:00 | Elan Financial, PO Box 108, Saint Louis, MO 63166 |
| 786459530 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 22 2026 18:09:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 786457113 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 22 2026 18:09:00 | US Dept of Education c/o/Nelnet, 121 South 13th St Ste 201, Lincoln, NE 68508-1911 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Amitkumar Sharma | on behalf of Creditor Exeter Finance LLC  c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |

District/off: 0418-2                           User: admin                                    Page 4 of 4
Date Rcvd: Jan 22, 2026                        Form ID: 241                                   Total Noticed: 53

Anita Jo Kinlaw Troxler
                        on behalf of Trustee Anita Jo Kinlaw Troxler  office4@chapter13gboro.com, office5@chapter13gboro.com

Anita Jo Kinlaw Troxler,
                        office@chapter13gboro.com  office5@chapter13gboro.com

Bradley Peter Jarvis
                        on behalf of Debtor Daveda Joy Cook tennantlaw@triad.twcbc.com

John Paul Hughes Cournoyer
                        bancm_ecf@ncmba.uscourts.gov  jp_cournoyer@ncmba.uscourts.gov


TOTAL: 6

Form 241

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.:  25−10414

IN THE MATTER OF:
Daveda Joy Cook     xxx−xx−4228
6 Raelans Drive
Greensboro, NC 27407

Debtor(s)

## NOTICE OF ORDER DISMISSING CASE

To: Debtor, Its Creditors and Other Parties in Interest:

**TAKE NOTICE THAT** on 1/22/26

an Order was entered by the United States Bankruptcy Court, dismissing the above named case .

Dated: 1/22/26                                                    OFFICE OF THE CLERK/ kwc