UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

RE:
DAVEDA JOY COOK                                        CASE NO. 25-10414 C-13G
6 RAELANS DR                                           JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27407
          Debtor

SSN(1) XXX-XX-4228                                     DATE:  03/17/2026

**NOTICE OF FILING OF TRUSTEE'S FINAL REPORT**

    This Chapter 13 Debtor(s) was dismissed by Order entered January 22, 2026.  The Trustee has filed a Final Report showing the following in reference to your claim:

| Claim Number | Claim Filed / Not Filed | Account Number | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Clerk, U.S. Bankruptcy Court | | | | $0.00 |

    A full copy of the Final Report is on file with the Clerk.  If you did not receive the amount paid from the Trustee, you may file a written objection to the Trustee's Final Report with the Clerk's Office.  If no objection is filed within thirty (30) days from the date of this Notice, the Final Report shall be approved.  If an objection is filed, a hearing may be scheduled.

ATTORNEY FOR THE DEBTOR(S):          TRUSTEE:
B PETER JARVIS                       ANITA JO KINLAW TROXLER, TRUSTEE
TENNANT & JARVIS PC                  500 W FRIENDLY AVE STE 200
10706 N MAIN ST                      P O BOX 1720
P O BOX 4585                         GREENSBORO, NC  27402-1720
ARCHDALE, NC  27263


                                     DATED: March 17, 2026
                                     FOR THE COURT:
ADDRESSEE:                           REID WILCOX
REID WILCOX                          CLERK, U.S. BANKRUPTCY COURT
CLERK, U.S. BANKRUPTCY COURT         101 S. EDGEWORTH STREET
101 S. EDGEWORTH STREET              GREENSBORO, NC  27401
GREENSBORO, NC  27401

DAVEDA JOY COOK                                              Case No. 25-10414 C-13G

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE

   I hereby certify that Notice of Filing of Trustee's Final Report was sent by first class mail to the below listed parties at the addresses supplied as follows:

DAVEDA JOY COOK
6 RAELANS DR
GREENSBORO, NC  27407

B PETER JARVIS
TENNANT & JARVIS PC
10706 N MAIN ST
P O BOX 4585
ARCHDALE, NC  27263

AFFIRM INC
650 CALIFORNIA ST 12TH FLOOR
SAN FRANCISCO, CA  94108

BANK OF MISSOURI
2700 S LORRAINE PL
SIOUX FALLS, SD  57106

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
P O BOX 71083
CHARLOTTE, NC  28272-1083

CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS CT STE 210
KENNESAW, GA  30144

CCS/FIRST SAVINGS BANK
500 E 60TH ST N
SIOUX FALLS, SD  57104

CHIME/STRIDE BANK
324 W BROADWAY AVE
ENID, OK  73701

COMENITY CAPITAL BANK
P O BOX 183043
COLUMBUS, OH  43218-3043

COMENITY CAPITAL BANK/BIG LOTS
P O BOX 183043
COLUMBUS, OH  43218

CONE HEALTH
1200 N ELM ST
GREENSBORO, NC  27401

CONN CREDIT CORP INC
2445 TECHNOLOGY FOREST BLVD STE 800
THE WOODLANDS, TX  77381

ELAN FINANCIAL
P O BOX 108
SAINT CLOUD, MO  63166

EXETER FINANCE LLC
P O BOX 650693
DALLAS, TX  75265

FIRST PREMIER
3820 N LOUISE AVE
SIOUX FALLS, SD  57107-0145

GUILFORD COUNTY TAX
P O BOX 3138
GREENSBORO, NC  27402

PAGE 1 OF 4

DAVEDA JOY COOK                                                    Case No. 25-10414 C-13G

**NOTICE OF FILING OF TRUSTEE'S FINAL REPORT**
**CERTIFICATE OF SERVICE**
**(CONTINUED)**

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA  19101-7346

INTERSTATE CREDIT COLLECTIONS
711 COLISEUM  PLAZA CT
WINSTON SALEM, NC  27106

JAMES MOORE
4269 MELODY LANE
VALLEJO, CA  94591

JEFFERSON CAPITAL SYSTEMS LLC
% BECKET & LEE LLP
P O BOX 3002
MALVERN, PA  19355

MIDLAND CREDIT MANAGEMENT INC
P O BOX 2037
WARREN, MI  48090

MRV BANK
2700 S LORRAINE PLACE
SIOUX FALLS, SD  57106

N C DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P O BOX 1168
RALEIGH, NC  27602-1168

ONLINE INFORMATION SERVICES
P O BOX 1489
WINTERVILLE, NC  28590

PORTFOLIO RECOVERY ASSOC LLC
P O BOX 12914
NORFOLK, VA  23541

QUANTUM 3 GROUP LLC
P O BOX 788
KIRKLAND, WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
P O BOX 2489
KIRKLAND, WA  98083

QUANTUM3 GROUP LLC
AS AGENT FOR MOMA TRUST LLC
P O BOX 2489
KIRKLAND, WA  98083

RESURGENT RECEIVABLES LLC
% RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE, SC  29603-0587

SELF FINANCIAL
1801 MAIN ST
KANSAS CITY, MO  64108

SPARROW
9450 SW GEMINI DR #87446
BEAVERTON, OR  97008

SYNCB
P O BOX 71783
PHILADELPHIA, PA  19176

DAVEDA JOY COOK                                                        Case No. 25-10414 C-13G

**NOTICE OF FILING OF TRUSTEE'S FINAL REPORT**
**CERTIFICATE OF SERVICE**
**(CONTINUED)**

T MOBILE/T MOBILE USA INC
BY AIS INFOSOURCE LP AS AGENT
P O BOX 248848
OKLAHOMA CITY, OK  73124

US DEPT OF EDUCATION
% NELNET
P O BOX 2837
PORTLAND, OR  97208

WS BADCOCK CORPORATION
ATTN OFFICER
200 N PHOSPHATE BLVD
MULBERRY, FL  33860

NOTICE ONLY:
AIS PORTFOLIO SERVICES LLC
ATTN EXETER FINANCE LLC DEPARTMENT
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK  73118

AIS PORTFOLIO SERVICES LP
ATTN CAPITAL ONE AUTO FINANCE
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK  73118

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
P O BOX 71083
CHARLOTTE, NC  28272-1083

CARMAX BUSINESS SERVICES LLC
ATTN OFFICER OR MANAGING AGENT
P O BOX 29965
RICHMOND, VA  23242

CARMAX BUSINESS SERVICES
CARMAX AUTO FINANCE
ATTN BANKRUPTCY DEPARTMENT
225 CHASTAIN MEADOWS COURT STE 210
KENNESAW, GA  30144

EVOLVE BANK & TRUST
301 SHOPPINGWAY BLVD
WEST MEMPHIS, TN  72301

PORTFOLIO RECOVERY ASSOC LLC
P O BOX 41067
NORFOLK, VA  23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
P O BOX 788
KIRKLAND, WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
MOMA TRUST LLC
P O BOX 788
KIRKLAND, WA  98083-0788

T MOBILE/T MOBILE USA INC
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY, OK  73118

PAGE 3 OF 4

DAVEDA JOY COOK                                      Case No. 25-10414 C-13G

**NOTICE OF FILING OF TRUSTEE'S FINAL REPORT**
**CERTIFICATE OF SERVICE**
**(CONTINUED)**

US DEPARTMENT OF EDUCATION            W S BADCOCK CORPORATION
% NELNET                             P O BOX 724
121 S 13TH ST                        MULBERRY, FL  33860
LINCOLN, NE  68508

REID WILCOX (ELECTRONIC SERVICE)
Clerk, U.S. Bankruptcy Court
101 S. Edgeworth Street
Greensboro, NC  27401


Date:      March 17, 2026                /s/  Gail Newsome

                                         Chapter 13 Office
                                         Middle District of North Carolina, North Carolina