**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re:                                )
                                       )
DAVEDA JOY COOK                        )
                                       )     Case Number:    25-10414
                                       )
                         Debtor(s) )

Certificate of Returned Mail and Certificate of Mailing

    I hereby certify that the document identified below was returned as undeliverable by the United States Post Office in reference to the listed parties and re-mailed by depositing the same, enclosed in a postpaid wrapper, addressed as indicated below in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Creditor(s):   W S BADCOCK CORPORATION
               PO BOX 724
               MULBERRY, FL 33860

Document:      ___   Notice of Chapter 13 Bankruptcy Case, Meeting of
                     Creditors, & Deadlines

               ___   Notice of Proposed Plan and Order Confirming
                     Plan and Time for Filing Objection Thereto
                     and Order Confirming Plan

               ___   Order Confirming Plan

               ___   Motion Filed With Court on: _____

               ___   Order Entered Date: _____

                X   Notice of Filing of Trustee's Final Report

               ___   Notice of Discharge of Debtor(s) and Notice
                     of Filing of Trustee's Final Report

Re-mailed to:  W S BADCOCK CORPORATION
               10130 STATE HIGHWAY 151 STE 101
               SAN ANTONIO, TX 78251-4772

Date: _March 27, 2026_____        s/Loretta Colfax_____
                                     Chapter 13 Office
                                     P.O. Box 1720
                                     Greensboro, NC 27402-1720
                                     (336) 378-9164